IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN A. BROWNELL,

                            Plaintiff,

      v.

MICHAEL RIVERS, JASON BENZEL, MICHELLE
BURTON, SANDRA DEYOUNG, and WIS. DEP'T OF
CORR. C/O KEVIN CARR,

                         Defendants.

ORDER

22-cv-117-wmc

---

       Pro se plaintiff Steven A. Brownell, who suffers from quadriplegia, alleged that his daily 23-hour isolation was violating his rights under the Eighth Amendment and the Americans with Disabilities Act (ADA). The court treated Brownell's ADA claim as a Rehabilitation Act claim and allowed him to proceed on it. The court dismissed Brownell's Eighth Amendment claim but allowed him to file a supplement describing the conditions he faces in isolation. The court stated that, if the supplement supported an Eighth Amendment claim, it would reinstate the Eighth Amendment claim and allow Brownell to proceed on it against defendants. *See* Dkt. 12.

       Attorney Brian Beisenstien filed a supplement but did not enter an appearance. *See* Dkt. 17. No one signed the supplement. *Id.* at 3. Because Beisenstien did not enter an appearance, the court will treat the supplement as a pro se filing from Brownell. But the court cannot screen the supplement at this time because Brownell failed to sign it. *See* Fed. R. Civ. P. 11(a).

       The court will send Brownell a signature form with this order, which he must sign and

return to the court within 21 days.[1] If Brownell timely provides his signature, the court will

screen his supplement but, if he fails to do so, the case will proceed on only Brownell's ADA

claim.

ORDER

IT IS ORDERED that:

1.  Plaintiff Steven A. Brownell has until April 21, 2023, to sign and return the included signature form.

2.  The clerk of court is directed to send plaintiff copies this order and the signature form.

Entered March 31, 2023.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge

---

[1] The docket reflects that Brownell can sign documents. *See* Dkt. 1 at 11.